UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA

                                   **MEMORANDUM**

-against-                                   **04-CR-1016 (NGG)**

RONELL WILSON,

                Defendant.

-----------------------------------------------------------------------X
NICHOLAS G. GARAUFIS, United States District Judge.

Nearly three months ago, the court began the process of selecting a jury that will decide whether Defendant Ronell Wilson will be sentenced to death or to life in prison without the possibility of release. That procedure is nearly complete.

Beginning in March 2013, the court summoned 4,000 prospective jurors for this case—approximately half of all individuals available for jury service in the Eastern District of New York at that time. Of the 4,000 summoned, a total of 1,992 prospective jurors over the course of eight days completed an 80-question, 25-page questionnaire. Starting on April 22, 2013, the court individually interviewed 419 prospective jurors, a process that was completed today. Over the past seven weeks, the court qualified the following 85 veniremen:

>#62, #83, #94, #105, #106, #133, #137, #160, #192, #202, #214, #239, #240,
>#243, #246, #341, #358, #359, #386, #432, #477, #488, #508, #541, #544, #554,
>#592, #612, #627, #669, #787, #788, #792, #797, #823, #863, #908, #927, #954,
>#957, #1022, #1044, #1081, #1082, #1095, #1104, #1136, #1139, #1141, #1166,
>#1195, #1209, #1224, #1255, #1263, #1330, #1383, #1397, #1443, #1448, #1451,
>#1452, #1453, #1517, #1560, #1594, #1595, #1625, #1628, #1652, #1672, #1685,
>#1715, #1740, #1743, #1747, #1762, #1770, #1772, #1775, #1841, #1861, #1868,
>#1869, #1918.

On June 18, 2013, the parties will exercise their peremptory challenges and select the twelve jurors and six alternates who will decide whether Wilson will be sentenced to death or to life in prison without the possibility of release. And on June 24, 2013, the penalty phase re-trial of Ronell Wilson will begin.

/s/ Nicholas G. Garaufis
Dated: Brooklyn, New York  NICHOLAS G. GARAUFIS
June 6, 2013  United States District Judge